No. 10-9647. Kuntrell Jackson, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

565 U.S. 1013, 132 S. Ct. 548, 181 L. Ed. 2d 395, 2011 U.S. LEXIS 8076.

November 7, 2011. Motion of petitioner for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the Supreme Court of Arkansas granted. The case is to be argued in tandem with No. 10-9646, Miller v. Alabama, immediately supra.

Same case below, 2011 Ark. 49, 378 S.W.3d 103.